■ In the Matter of WILLIAM A. WELSTED & SON. PETER R. TRAVERS et al., Appellants; KRONENBERG'S, INC., Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal by petitioners from order of Erie Special Term granting motion of respondent, Kronenberg's, Inc., for an order directing petitioners to furnish an itemized verified statement demanded of them by Kronenberg's, Inc., pursuant to article 3-A of the Lien Law.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ BERNARD D. LEVY et al., Respondents, v. MERRITT-CHAPMAN AND SCOTT CORPORATION, Appellant.— Order insofar as appealed from unanimously affirmed, with $25 costs and disbursements. (Appeal from certain parts of an order of Niagara Special Term denying defendant's motion to strike certain causes of action from the complaint.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS EDWARD McDANIEL, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of manslaughter, first degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS R. DEY, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of burglary, third degree, and grand larceny, first degree.) Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES A. CARUSO, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting the defendant of robbery, first degree, conspiracy to commit robbery, first degree, assault, second degree and petit larceny.) Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.